IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN J. BONTTY,

    Plaintiff,　　　　　　　　　　No. 2:11-cv-1989 KJN P

    vs.

CALIFORNIA CALABOOSES,

    Defendant.　　　　　　　　　ORDER

_____/

    On March 6, 2012, plaintiff filed a petition for writ of habeas corpus in this civil rights action that was closed on January 9, 2012. Plaintiff is advised that documents filed after the closing date of this case will be disregarded. No further orders will issue in response to future filings in this action.

    SO ORDERED.

DATED: March 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bont1989.58